United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                     Case No. 25-50421-KMS

Antazheuna Khajhanique Meeks                                                                                 Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antazheuna Khajhanique Meeks, 10900 E Taylor Rd. Apt 290, Gulfport, MS 39503-4086 |
| 5490370 | | Acima, 3907 Minuteman D.r, Draper, UT 84020 |
| 5490374 | | Cash Cow, 919 Old Hwy 98 E, Columbia, MS 39429 |
| 5490391 | + | Summit Financial, 4 Campus Drive,, Parsippany, NJ 07054-4405 |
| 5490393 | + | The Rollins Law Firm, PLLC, P.O. Box 13767, Jackson, MS 39236-3767 |
| 5490683 | + | Titan Solution Group, 2430 Military Rd, STe 410, Niagara Falls, NY 14304-1558 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5490372 | ^ | MEBN | Jul 28 2025 19:27:50 | Ava Finance, Attn: Bankruptcy, 1260 Minnesota St, San Francisco, CA 94107-3667 |
| 5490373 | | EDI: CAPITALONE.COM | Jul 28 2025 23:30:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5490375 | + | Email/Text: bkinfo@ccfi.com | Jul 28 2025 19:33:00 | Community Choice, 5165 Emerald Pkwy, Dublin, OH 43017-1092 |
| 5490376 | ^ | MEBN | Jul 28 2025 19:27:40 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5490377 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2025 19:35:22 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5490378 | + | EDI: DISCOVER | Jul 28 2025 23:30:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5490379 | | Email/Text: EBN@edfinancial.com | Jul 28 2025 19:32:00 | EdFinancial Services, Attn: Claims, PO Box 36008, Knoxville, TN 37930-6008 |
| 5490380 | + | EDI: LCIICSYSTEM | Jul 28 2025 23:30:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5490381 | + | Email/Text: CollectionsDept@jfcu.org | Jul 28 2025 19:33:00 | Justice Federal Credit Union, Attn: Bankrupcty, 5175 Parkstone Dr, Ste 200, Chantilly, VA 20151-3816 |
| 5490382 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2025 19:35:26 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5490383 | + | Email/Text: bankruptcies@minlc.com | Jul 28 2025 19:33:00 | Minute Loan Center, 4445 Corporation Lane 161, Virginia Beach, VA 23462-3262 |
| 5490384 | + | Email/Text: bankruptcy@moneylion.com | Jul 28 2025 19:33:00 | Money Lion, 30 West 21st Street, New York, NY 10010-6905 |
| 5490385 | | Email/Text: bankruptcy@moneylion.com | Jul 28 2025 19:33:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: 318 | Total Noticed: 27 |

| 5490386 | + Email/Text: opportunitynotices@gmail.com | | |
|---|---|---|---|
| | | Jul 28 2025 19:33:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St 3400 S, Chicago, IL 60601-6379 |
| 5490387 | EDI: PRA.COM | | |
| | | Jul 28 2025 23:30:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5490388 | Email/Text: bankruptcy@possiblefinance.com | | |
| | | Jul 28 2025 19:32:00 | Possible Finance, 2231 First Avenue Ste B, Seattle, WA 98121 |
| 5490389 | + Email/Text: bankruptcy@self.inc | | |
| | | Jul 28 2025 19:32:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 5490390 | + Email/Text: bkinfo@ccfi.com | | |
| | | Jul 28 2025 19:33:00 | Speedy Cash, 2312 E Trinity Mills Rd., Carrollton, TX 75006-1953 |
| 5490392 | + EDI: SYNC | | |
| | | Jul 28 2025 23:30:00 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 5490395 | + Email/Text: accountservicing@trueaccord.com | | |
| | | Jul 28 2025 19:32:00 | True Accord, 16011 College Blvd, Lenexa, KS 66219-9877 |
| 5490396 | + Email/Text: bk@worldacceptance.com | | |
| | | Jul 28 2025 19:33:30 | World Finance Corp, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5490394 | | Titan Solution Group, 2430 Military Rd |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Antazheuna Khajhanique Meeks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Antazheuna Khajhanique Meeks** | Social Security number or ITIN   **xxx–xx–8150** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **25–50421–KMS**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Antazheuna Khajhanique Meeks**
aka Antazheuna Meeks

Dated: 7/28/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**